CATHERINE WOJCIK, Respondent, v. HARRY BRANDMAN, Defendant, Impleaded

with ALBERT BERMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.